Form B6A
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER **13**

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2002 Hailey St. Houston, Texas 77026 TR 6A, Block 41, Chapmans Section 3, Harris County, Texas | Homestead | J | $34,300.00 | $30,000.00 |
| 3207 Sumpter St. Houston, Texas 77026 TRS 5B & 6, Block 48, Chapmans Section 3, Harris County, Texas | 2nd Property | J | $23,314.00 | $31,000.00 |
| | | Total: | $57,614.00 | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER **13**

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Bank, N.A. Better Banking Checking | J | $800.00 |
| | | JP Morgan Chase Bank, N.A. High Yield Savings | J | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1 Sofa | C | $75.00 |
| | | 2 Charis | C | $50.00 |
| | | 2 End tables | C | $40.00 |
| | | 1 TV | C | $100.00 |
| | | 1 VCR | C | $75.00 |
| | | 2 Lamps | C | $50.00 |
| | | 3 Desks $100, $45, $25 | C | $170.00 |
| | | 1 Stereo | C | $50.00 |
| | | 4 Chairs | C | $50.00 |
| | | 1 Table | C | $50.00 |
| | | 1 Refrigerator | C | $700.00 |
| | | 1 Microwave oven | C | $75.00 |
| | | 1 Bunk Bed | C | $50.00 |
| | | | **Total >** | **$2,335.00** |

Form B6B
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **Ileen Y. Kelly**

CASE NO

CHAPTER   **13**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Queen Bed | C | $50.00 |
| | | 3 Chests | C | $135.00 |
| | | 2 Nightstands @$20.00 | C | $40.00 |
| | | 1 Washer | C | $150.00 |
| | | 1 Dryer | C | $150.00 |
| | | 1 Freezer | C | $100.00 |
| | | 1 Lawn Mower | C | $50.00 |
| | | 1 China Cabinet | C | $25.00 |
| | | 1 Bakers Rack | C | $25.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures | J | $50.00 |
| 6. Wearing apparel. | | Clothing and personal possessions | J | $200.00 |
| 7. Furs and jewelry. | | Jewelry | J | $25.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| | | | Total > | $3,335.00 |

Form B6B
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Ileen Y. Kelly**

CASE NO

CHAPTER  **13**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Total >                    $3,335.00

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER **13**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Windstar<br>Mileage: 160,000 | J | $2,007.00 |
| | | 1995 Buick Skylark | J | $2,650.00 |
| | | Total > | | $7,992.00 |

Form B6B
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **Ileen Y. Kelly**

CASE NO

CHAPTER   **13**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | $7,992.00 |

Form B6B
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Ileen Y. Kelly**

CASE NO

CHAPTER  **13**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | $5,342.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Ileen Y. Kelly**                                                CASE NO

CHAPTER   **13**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2002 Hailey St. Houston, Texas 77026 TR 6A, Block 41, Chapmans Section 3, Harris County, Texas | 11 U.S.C. § 522(d)(5) | $4,300.00 | $34,300.00 |
| 3207 Sumpter St. Houston, Texas 77026 TRS 5B & 6, Block 48, Chapmans Section 3, Harris County , Texas | 11 U.S.C. § 522(d)(1) | $0.00 | $23,314.00 |
| JP Morgan Chase Bank, N.A. Better Banking Checking | 11 U.S.C. § 522(d)(5) | $800.00 | $800.00 |
| JP Morgan Chase Bank, N.A. High Yield Savings | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| 1 Sofa | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 2 Charis | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 End tables | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| 1 TV | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 1 VCR | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 2 Lamps | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 3 Desks $100, $45, $25 | 11 U.S.C. § 522(d)(3) | $170.00 | $170.00 |
| 1 Stereo | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| | | $5,710.00 | $59,024.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER **13**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4 Chairs | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 Table | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 Refrigerator | 11 U.S.C. § 522(d)(3) | $700.00 | $700.00 |
| 1 Microwave oven | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 1 Bunk Bed | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 Queen Bed | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 3 Chests | 11 U.S.C. § 522(d)(3) | $135.00 | $135.00 |
| 2 Nightstands @$20.00 | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| 1 Washer | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| 1 Dryer | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| 1 Freezer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 1 Lawn Mower | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 China Cabinet | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 Bakers Rack | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Books and pictures | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Clothing and personal possessions | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $25.00 | $25.00 |
| 1998 Ford Windstar Mileage: 160,000 | 11 U.S.C. § 522(d)(2) | $0.00 | $2,007.00 |
| 1995 Buick Skylark | 11 U.S.C. § 522(d)(5) | $2,650.00 | $2,650.00 |
| | | $10,285.00 | $65,606.00 |



CASE NO _____

(If Known)

CHAPTER **13**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-6635<br><br>AmeriCredit<br>PO Box 183853<br>Arlington, TX 76096 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Car Lien**<br>COLLATERAL:<br>**1998 Ford Windstar Mileage: 160,000**<br>REMARKS:<br><br>VALUE: **$2,007.00** | | | | **$2,007.00** | |
| ACCT #: xxxxxx- xxxx xxxpter<br><br>Home Mortgage Co.<br>P.O. Box 35324<br>Houston, Texas 77235 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homestead**<br>COLLATERAL:<br>**Homestead-Regular Payment**<br>REMARKS:<br><br>VALUE: **$23,314.00** | | | | **$31,000.00** | **$7,686.00** |
| ACCT #: xxxxxx- xxxx xxxpter<br><br>Home Mortgage Co.<br>P.O. Box 35324<br>Houston, Texas 77235 | | J | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead-arrears**<br>REMARKS:<br><br>VALUE: **$4,140.00** | | | | **$4,140.00** | |
| ACCT #:<br><br>Ocwen Federal Bank<br>P.O. Box 514577<br>Los Angeles, CA 90051 | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2nd Property-regular payment**<br>REMARKS:<br>**This Homestead is under a different name !**<br><br>VALUE: **$34,300.00** | | | | **$30,000.00** | |
| ACCT #:<br><br>Ocwen Federal Bank<br>P.O. Box 514577<br>Los Angeles, CA 90051 | | J | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2nd Property Arrears**<br>REMARKS:<br><br>VALUE: **$1,600.00** | | | | **$1,600.00** | |

**No** _continuation sheets attached

Subtotal (Total of this Page) > **$68,747.00**
Total (Use only on last page) > **$68,747.00**

(Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   Ileen Y. Kelly

CASE NO

CHAPTER   **13**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____continuation sheets attached

CASE NO _____

(If Known)

CHAPTER   **13**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sec 1326 Allowance-Sp. Prov 1** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Administrative Priority**<br>REMARKS: | | | | $301.05 | $301.05 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | | $301.05 | $301.05 |
| | | | | Running Total > | | | $301.05 | $301.05 |

CASE NO _____

(If Known)

CHAPTER **13**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

*Continuation Sheet No. 2*

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Keeling Law Firm**<br>**3310 Katy Freeway, Suite 200.**<br>**Houston, Texas 77007** | | C | DATE INCURRED: **10/25/2005**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,450.00 | $1,450.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total for this Page (Subtotal) > | | | $1,450.00 | $1,450.00 |
| | | | | Running Total > | | | $1,751.05 | $1,751.05 |



(If Known)

CHAPTER  **13**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx**<br>**Arrow Financial**<br>**5996 W. Touhy Ave**<br>**Niles, IL 60714-4610** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxxx**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | C | DATE INCURRED:<br>CONSIDERATON:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx-xx-6635**<br>**Ben Taub Hospital**<br>**P.O. Box 66769**<br>**Houston, TX 77266** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:  **xxxxxxxxxxxxx**<br>**Beneficial**<br>**961 N. Weigel Ave**<br>**Elmhurst, IL 60126** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,112.00** |
| ACCT #:<br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$995.00** |
| ACCT #:  **xxx-xx-6635**<br>**Fannie Mae** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$9,000.00** |
| ACCT #:  **xxxxxxxxxxxxxxxx**<br>**First Premier**<br>**900 Delaware Ste 7**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Subtotal >    **$16,107.00**

___**2**___ continuation sheets attached

Total (Use only on last page of the completed Schedule F) >

CASE NO _____

(If Known)

CHAPTER **13**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*Continuation Sheet No. 1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxxxxx<br>Household<br>PO Box 98706<br>Las Vegas, NV 89193-8706 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #: xxx-xx-6635<br>JC Penney<br>PO Box 981131<br>El Paso, TX 79998 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $300.00 |
| ACCT #: xxxxxxxxxx<br>Jefferson Capital<br>16 MCLeland Rd<br>Washington, DC 20001-2198 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #: xxx-xx-6635<br>Memorial Herman<br>PO Box 203197<br>Houston, TX 77216-3197 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $3,000.00 |
| ACCT #: xxx-xx-6635<br>Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,900.00 |
| ACCT #: xxx-xx-6635<br>Providian<br>P.O. Box 660008<br>Dallas, Texas 75266-0008 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $900.00 |
| ACCT #: xxxxxxxxxxxx<br>Retailers National Bank<br>700 Nicolette Ave<br>PO Box 702<br>Minneapolis, MN 55440 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | Notice Only |

Subtotal > $6,100.00

Total (Use only on last page of the completed Schedule F) >

CASE NO _____

(If Known)

CHAPTER  **13**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*Continuation Sheet No. 2*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-6635**<br>**Sears**<br>**PO Box 740281**<br>**Houston, Tx  77274** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxx-xx-6635**<br>**Target**<br>**3901 W 53 Street**<br>**Sioux Falls, SD 57106** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $250.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Subtotal > | | $400.00 |
| | | | Total (Use only on last page of the completed Schedule F) > | | | | $22,607.00 |

Form B6G
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   Ileen Y. Kelly

CASE NO

CHAPTER   13

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER   **13**

## SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **AmeriCredit**<br>PO Box 183853<br>Arlington, TX 76096 |
| **Spouse Name Not Entered** | **Arrow Financial**<br>5996 W. Touhy Ave<br>Niles, IL 60714-4610 |
| **Spouse Name Not Entered** | **Asset Acceptance**<br>PO Box 2036<br>Warren, MI 48090-2036 |
| **Spouse Name Not Entered** | **Ben Taub Hospital**<br>P.O. Box 66769<br>Houston, TX 77266 |
| **Spouse Name Not Entered** | **Beneficial**<br>961 N. Weigel Ave<br>Elmhurst, IL 60126 |
| **Spouse Name Not Entered** | **Capital One**<br>PO Box 85520<br>Richmond, VA 23285 |
| **Spouse Name Not Entered** | **Fannie Mae** |

λ·K.

Form B6H
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER   **13**

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **First Premier**<br>900 Delaware Ste 7<br>Sioux Falls, SD 57104 |
| **Spouse Name Not Entered** | **Home Mortgage Co.**<br>P.O. Box 35324<br>Houston, Texas 77235 |
| **Spouse Name Not Entered** | **Home Mortgage Co.**<br>P.O. Box 35324<br>Houston, Texas 77235 |
| **Spouse Name Not Entered** | **Household**<br>PO Box 98706<br>Las Vegas, NV 89193-8706 |
| **Spouse Name Not Entered** | **JC Penney**<br>PO Box 981131<br>El Paso , TX 79998 |
| **Spouse Name Not Entered** | **Jefferson Capital**<br>16 MCLeland Rd<br>Washington, DC 20001-2198 |
| **Spouse Name Not Entered** | **Keeling Law Firm**<br>3310 Katy Freeway, Suite 200.<br>Houston, Texas 77007 |

Form B6H
(10/05)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER    **13**

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Memorial Herman**<br>PO Box 203197<br>Houston, TX 77216-3197 |
| **Spouse Name Not Entered** | **Ocwen Federal Bank**<br>P.O. Box 514577<br>Los Angeles, CA 90051 |
| **Spouse Name Not Entered** | **Ocwen Federal Bank**<br>P.O. Box 514577<br>Los Angeles, CA 90051 |
| **Spouse Name Not Entered** | **Premier Bank**<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 |
| **Spouse Name Not Entered** | **Providian**<br>P.O. Box 660008<br>Dallas, Texas 75266-0008 |
| **Spouse Name Not Entered** | **Retailers National Bank**<br>700 Nicolette Ave<br>PO Box 702<br>Minneapolis, MN 55440 |
| **Spouse Name Not Entered** | **Sears**<br>PO Box 740281<br>Houston, Tx 77274 |



Form B6H
(10/05)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Ileen Y. Kelly**                                      CASE NO

CHAPTER     **13**

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Sec 1326 Allowance-Sp. Prov 1** |
| **Spouse Name Not Entered** | Target<br>3901 W 53 Street<br>Sioux Falls, SD 57106 |



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Ileen Y. Kelly**

CASE NO

CHAPTER **13**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | | |
|---|---|---|---|---|---|
| **Married** | Relationship: Child<br>Child | | Age: 14yrs<br>16yrs | Relationship: | Age: |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | The Institute For Rehab Research<br><br>5100 Travis<br>Houston, TX 77002 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,225.17 | $0.00 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | $2,225.17 | $0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $137.95 | $0.00 |
| b. Social Security Tax | $32.09 | $0.00 |
| c. Medicare | $230.84 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (specify) _____ | $0.00 | $0.00 |
| h. Other (specify) _____ | $0.00 | $0.00 |
| i. Other (specify) _____ | $0.00 | $0.00 |
| j. Other (specify) _____ | $0.00 | $0.00 |
| k. Other (specify) _____ | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $400.88 | $0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $1,824.29 | $0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above. | $0.00 | $0.00 |
| 11. Social Security or government assistance (specify) | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (specify) | | |
| a. _____ / Fathers House Payment | $0.00 | $400.00 |
| b. _____ / Anticipated Part Time Job | $0.00 | $350.00 |
| c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $750.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,824.29 | $750.00 |

16. TOTAL COMBINED MONTHLY INCOME: **$2,574.29**          (Report also on Summary of Schedules)

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   Ileen Y. Kelly

CASE NO

CHAPTER   13

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>   a. Are real estate taxes included?  ☑ Yes   ☐ No <br>   b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel <br>   b. Water and sewer <br>   c. Telephone <br>   d. Other: | $156.00 <br> $60.00 <br> $99.00 |
| 3. Home maintenance (repairs and upkeep) <br> 4. Food <br> 5. Clothing <br> 6. Laundry and dry cleaning <br> 7. Medical and dental expenses <br> 8. Transportation (not including car payments) <br> 9. Recreation, clubs and entertainment, newspapers, magazines, etc. <br> 10. Charitable contributions | $50.00 <br> $420.00 <br> $20.00 <br> $20.00 <br> $20.00 <br> $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>   a. Homeowner's or renter's <br>   b. Life <br>   c. Health <br>   d. Auto <br>   e. Other:  Property Taxes | <br> <br> $160.00 <br> <br> $139.00 <br> $100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In Chapter 11, 12, and 13 cases, do not list payments included in the plan) <br>   a. Auto: <br>   b. Other: <br>   c. Other: <br>   d. Other: | |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other: <br> 17.b. Other: | |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$1,444.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: <br> <br> <br> 20. STATEMENT OF MONTHLY NET INCOME <br> a. Total monthly income from Line 16 of Schedule I <br> b. Total monthly expenses from Line 18 above <br> c. Monthly net income (a. minus b.) | <br> <br> <br> <br> $2,574.29 <br> $1,444.00 <br> $1,130.29 |



UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Ileen Y. Kelly**

CASE NO

CHAPTER   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**

(Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature _____
*Ileen Y. Kelly*

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*