TRUSTEE'S PERIODIC REPORT TO DEBTOR AND
MORTGAGE CLAIMANT ON DIRECT MORTGAGE PAYMENTS

Re:   ILEEN Y. KELLY                                        Date: 11/05/2007
                                                            Case No: 05-95090-H4-13
      2002 HAILEY ST.
      HOUSTON, TX 77026

Our records indicate the following:

Through the above date, the debtor has paid the Trustee a total of $ 6,816.00 in direct mortgage payments.  The monthly mortgage payments are $ 426.00.

Payments made from 10/01/2006 to 09/30/2007:

| | | | | | |
|---|---|---|---|---|---|
| 10/02/2006 $ | 852.00 | 11/01/2006 $ | 426.00 | 12/01/2006 $ | 426.00 |
| 02/01/2007 $ | 852.00 | 03/01/2007 $ | 426.00 | 03/27/2007 $ | 426.00- |

Total Refunds received from this creditor:$        .00.

If you are the creditor holding a claim described on this report you have 60 days after the receipt of this report to make a claim for late charges or attorney's fees or any other charge authorized by your agreement with the debtor. Any such claim will be barred unless it is filed within 60 days of receipt of this report.

                                                       Sincerely,


                                                       /s/ David G. Peake
                                                       CHAPTER 13 TRUSTEE'S OFFICE


cc:   Debtor                                   Debtor's Attorney

      ILEEN Y. KELLY                           KEELING LAW FIRM
                                               KENNETH A. KEELING ATTORNEY
      2002 HAILEY ST.                          3310 KATY FREEWAY  STE 200
      HOUSTON, TX 77026                        HOUSTON  TX 77007

      Mortgage Claimant
      HOME MORTGAE CO
      PO BOX 35324
      HOUSTON,TX 77235